Anastasi Pardalis
**Pardalis & Nohavicka, LLP**
950 3rd Avenue, 25th Floor
New York, NY 10022
Telephone: (212) 213 8511
Facsimile: (718) 777-0599
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GIANNIS ANTETOKOUNMPO, | ) | Civ. Case No. 1:20-cv-4060 |
| *Plaintiff,* | ) | |
| -v- | ) | |
| BRYANT YARBOROUGH d/b/a BONAFIDE ICON, | ) | **NOTICE OF APPEARANCE** |
| *Defendants.* | ) | |

**PLEASE TAKE NOTICE**, that ANASTASI PARDALIS, a partner of Pardalis & Nohavicka, LLP., hereby appears on behalf of Plaintiff GIANNIS ANTETOKOUNMPO, in the above-captioned action.

Dated: New York, New York
        May 27, 2020

Respectfully submitted,

**Pardalis & Nohavicka, LLP**

By:     _/s/ Anastasi Pardalis_____
        Anastasi Pardalis

1