UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020
```

Giannis Antetokounmpo,

            Plaintiff,

    –v–

Bryant Yarborough,

            Defendant.

20-cv-4060 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's Order of August 27, 2020, the Defendant's answer was due on September 8, 2020. The Defendant has not filed an answer. If the Defendant has not filed an answer by October 16, 2020, the Plaintiff is directed to move for default judgment no later than October 30, 2020. The parties are reminded that pursuant to Rule 1.I of this Court's Individual Practices in Civil Cases, all attorneys are required to promptly enter an appearance in the case.

    The Plaintiff shall serve a copy of this Order on the Defendant and file an affidavit of service no later than October 12, 2020.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge