UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

Giannis Antetokounmpo,

           Plaintiff,

–v–

Bryanty Arborough,

           Defendant.

20-cv-4060 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to Rule 1.I of this Court's Individual Practices in Civil Cases, all attorneys representing parties before the Court are required to promptly enter an appearance in the case. The counsel for the Defendant who signed the stipulation of dismissal with prejudice, Dkt. No. 17, has not yet entered an appearance. Counsel should promptly enter an appearance and then re-file the document.

    SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                         ALISON J. NATHAN
                                        United States District Judge