```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Giannis Antetokounmpo,

        Plaintiff,

    –v–

Bryanty Arborough,

        Defendant.

20-cv-4060 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for October 23, 2020, is adjourned sine die. Pursuant to the Court's Order dated October 16, 2020, counsel for the Defendant should promptly enter an appearance, and the parties should then re-file their stipulation of voluntary dismissal.

    SO ORDERED.

Dated: October 22, 2020
      New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge